# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TML RECOVERY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA INC., a Delaware corporation; and HUMANA INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTION. | Case No.: SACV 18-00462 AG (JDEx)<br><br>Related To:<br>SACV 18-00463 AG (JDEx)<br><br>Honorable Andrew J. Guilford<br>Courtroom 10D<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION *<u>WITH PREJUDICE</u>* [FRCP 41(a)]** |

## ORDER

Pursuant to the Stipulation of the parties, and good cause showing, it is ordered that the above-captioned action, including the Complaint, First Amended Complaint, Second Amended Complaint and Counterclaims, is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a).

**IT IS SO ORDERED.**

DATED: September 24, 2019

_____
HON. ANDREW J. GUILFORD
United States District Court Judge